IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MEDWORLD GROUP
CORPORATION, a Florida
corporation,

        Plaintiff,

vs.

MED-X CORP.,
a Florida corporation

        Defendant.
_____/

CASE NO. 6:07-CV-110-ORL-19KRS

## ORDER OF PERMANENT INJUNCTION AND FINAL JUDGMENT

Upon the consent of Plaintiff MedWorld Group Corporation ("MedWorld") and Defendant Med-X Corp. ("Defendant"), and based upon the stipulated facts set forth below, this Permanent Injunction and Judgment on Consent is hereby entered.

1. This civil action was filed on January 23, 2007, for Federal and common law trademark infringement and unfair competition;

2. Defendant expressly admits the allegations in the Complaint and acknowledges liability for those claims set forth in this action; and

3. Defendant acknowledges the validity and enforceability of the MEDX trademarks as identified in the Complaint and that MedWorld possesses the sole right to and use of the MEDX trademarks and that the ownership thereof and the goodwill associated therewith belong exclusively with MedWorld.

this Permanent Injunction and Judgment on Consent, which is final, enforceable, and non-appealable.

NOW, THEREFORE, it is hereby ordered, adjudged, and decreed, that:

1. This Court has jurisdiction over the subject matter of this action and over Defendant and venue in this District is proper;

2. Defendant, its officers, directors, owners, agents, servants, employees, attorneys, representatives, successors and assigns, and all persons, firms or corporations acting in active concert or participation with one or more of them, are from this date forward PERMANENTLY ENJOINED FROM:

    (a) Using the name "Med-X" or the trademark MEDX, or any other name that is confusingly similar to the trademark MEDX or any colorable imitation thereof, alone or in combination with any other designation, word, logo, or design, in a manner so as to cause confusion as to source, sponsorship, or affiliation of Defendant's goods and services, or to dilute the distinctiveness of MedWorld's MEDX trademarks;

    (b) Offering any services or selling, offering for sale, displaying, promoting, advertising, transferring, or distributing any goods or services under the name "Med-X" or which bear the MEDX trademarks, or any name that is confusingly similar to the trademark MEDX or any colorable imitation thereof, or which may cause consumers to believe that such goods or services are under the control or supervision of MedWorld, or are

- 2 -

sponsored by, approved by, connected with, guaranteed by, or produced under the control and supervision of Medworld and its affiliates;

 (c) Unfairly competing with Plaintiff; and

 (d) Misappropriating any property interest that rightfully belongs to Plaintiff.

3. Within thirty (30) days of entry of the Order of Permanent Injunction and Final Judgment, Defendant shall serve upon MedWorld a written report under oath or affirmed under penalty of perjury setting forth in detail the form and manner in which Defendant has complied with each term of the Settlement Agreement.

4. Each party shall bear its own attorneys' fees and costs incurred in this action, and shall otherwise comply with the terms and conditions set forth in the Settlement Agreement executed by the parties.

4. All other claims asserted in this action are hereby dismissed with prejudice.

DONE AND ORDERED in Chambers in Orlando, Florida, this 25th day of May, 2007. at 12:10 pm.

_____
UNITED STATES DISTRICT JUDGE

-3-